# 718

N. Sinclair Robinson, Appellant, v. Hopestand Realty Corporation, Respondent.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

Ina Ray Hutton, Respondent, v. Hotel Syracuse, Inc., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

Leah Pearlstein, Appellant, v. Title Guarantee and Trust Company, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Dore, J., dissents and votes to modify by allowing plaintiff leave to amend her complaint.

Sidney C. Perell, Trustee in Bankruptcy of the Estate of James Henry Walsh, Appellant, v. Cushman & Wakefield, Inc., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Untermyer, J., taking no part.

The Autocar Sales & Service Company, Inc., Respondent, v. Leo Levine and Mary Levine, Copartners, Doing Business under the Firm Name and Style of Levine Moving & Storage Company, Appellants.— The judgment appealed from, and the order entered February 27, 1941, so far as appealed from, reversed, with costs, and the motion granting plaintiff summary judgment denied, on the ground that there are issues of fact to be tried. (Untermyer and Cohn, JJ., dissent and vote to affirm.) Order entered February 24, 1941, unanimously affirmed. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of Charles Irving Stewart and Lewis Spencer Morris, as Trustees for the Benefit of Josephine I. Stewart, under the Last Will and Testament of Julia F. Barretto, Deceased. John MacDonald, Appellant; Charles Irving Stewart and Lewis Spencer Morris, as Trustees, and Charles Irving Stewart, Individually, Respondents.— Decree, so far as appealed from, unanimously affirmed, with costs to the respondent Charles Irving Stewart, individually. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

George M. Spector, Appellant, v. National Cellulose Corporation, Respondent.— Judgment and orders unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Petition for the Judicial Settlement of the Account of Proceedings of Giovanni del Drago and Byron Clark, Jr., as Executors, etc., of Josephine del Drago, Deceased, and for a Construction of Said Will and for Instructions. Giovanni del Drago, Individually, and Marcel del Drago, Appellants; Byron Clark, Jr., as Executor, Lawrason Riggs, Jr., and Harold W. Hastings, Special Guardian, Corn Exchange Bank Trust Co., as Trustee, Respondents.— Decree, so far as appealed from, affirmed, with twenty dollars costs and disbursements to the respondents. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.; Martin, P. J., and Callahan, J., dissent and vote to reverse and grant the motion. [178 Misc. 325.]

Thomas J. Foley, Respondent, v. Rosary D. Foley, Appellant.— Orders unanimously affirmed, without costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.